IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-1395-RPM-PAC

CAROLE STRICKLAND,

      Plaintiff(s),

v.

UPS,

      Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that Defendant's Proposed Motion to Vacate Hearing on Defendant's Motion to Compel [filed June 23, 2005] is **granted.** The hearing set for June 29, 2005 at 9:00 a.m. is **vacated.** It is

**FURTHER ORDERED** that Defendant's Motion to Compel [filed March 25, 2005] is **denied as moot**. The parties have advised the court that they have resolved all issues relating to the motion to compel.

Dated:  June 28, 2005