# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 01:04-CV-1395-RPM-PAC

CAROLE STRICKLAND,

      Plaintiff,

v.

UNITED PARCEL SERVICE, CO., a Delaware Corporation,
         Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR GOOD CAUSE

---

      Having reviewed Plaintiff's Unopposed Motion for Extension of Time to file Response to Defendant's Motion for Summary Judgment for Good Cause, and being advised in the premises, the Court

      ORDERS that the Motion be, and hereby is; GRANTED and that the Response to Defendant's Motion for Summary Judgment shall be due on July 13, 2005.

      DATED: June 28th, 2005.

                              BY THE COURT:

                              s/ Richard P. Matsch

                              Richard P. Matsch
                              Senior United States District Judge