IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01395-RPM

CAROLE STRICKLAND,

     Plaintiff,

v.

UNITED PARCEL SERVICE, CO.,

     Defendant.

---

ORDER VACATING FINAL PRETRIAL ORDER

---

     Upon review of the Final Pretrial Order entered by Magistrate Judge Patricia A. Coan on July 20, 2005, (Doc. #78), the Court finds it to be unacceptable and it is

     ORDERED that the Final Pretrial Order is vacated.

     DATED: April 27th, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge