IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01395-RPM-PAC

CAROLE STRICKLAND,

    Plaintiff,

v.

UNITED PARCEL SERVICE, CO., a Delaware Corporation,

    Defendant.

---

## ORDER SETTING TRIAL DATE

---

    Pursuant to the pretrial conference convened on June 16, 2006, it is

    ORDERED that this matter is set for trial to jury on **January 22, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated: June 16, 2006

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge