IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-01395-RPM

CAROLE STRICKLAND,

    Plaintiff,

v.

UNITED PARCEL SERVICE, CO., a Delaware Corporation,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on January 22, 2007, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 24th day of January, 2007.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge
United States District Court

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF      ATTORNEY FOR DEFENDANT