IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01395-RPM-PAC

CAROLE STRICKLAND,

　　　　Plaintiff,

v.

UNITED PARCEL SERVICE, CO., a Delaware Corporation,

　　　　Defendant.

---

ORDER OF RECUSAL

---

Because my view of this case is so different from that of the Court of Appeals

and may raise a reasonable question concerning my ability to be impartial in a new trial,

it is

ORDERED pursuant to 28 U.S.C. §455(a), I disqualify myself from any further

proceedings and direct that this matter be reassigned by the Clerk of this court.

DATED: April 30th, 2009

　　　　　　　　BY THE COURT:


　　　　　　　　s/Richard P. Matsch

　　　　　　　　_____

　　　　　　　　Richard P. Matsch, Senior District Judge