IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 04-cv-01395-WYD

CAROLE STRICKLAND,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the parties' Stipulation for Dismissal With Prejudice, and the Court being fully advised, it is hereby

ORDERED that the parties' Stipulation is approved and the above-captioned action is dismissed with prejudice, each party will bear its own attorneys' fees and costs respectively.

Dated this 18th day of February, 2010.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE